**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

     **vs.**

**JUDGMENT IN A CRIMINAL CASE**

**Case Number: 7:08-CR-302 (GHL)**

**SAMUEL GARDNER**

   Lionel Hector, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 1of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.2 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: April 26, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $750.00 and special assessment of $25.00.  Total amount of the fine and special assessment amounts to $775.00, payable no later than March 15, 2009. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** count 2 of the Information is dismissed on motion of the United States.

December 10, 2008
Date of Imposition of Sentence

December 19, 2008
DATE SIGNED

George H. Lowe
United States Magistrate Judge